# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:24-cr-00010-KDB-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MADISON DARE WINSLOW, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Seal (the "Motion"). (Doc. No. 8). Defendant seeks to seal her Response in Opposition to the Government's Motion for Detention, including exhibits (the "Response") (Doc. Nos. 9, & 9-1 through 9-6). The Court grants in part and denies in part the Motion.

Having carefully reviewed the record and the applicable law, the Court finds that certain portions of the Response, including exhibits, may be properly sealed under the Court's Local Rules due to certain personal and confidential information therein. However, the Court concludes that parts of the Response that Defendant requests to seal are not appropriate for sealing, including, for example, discussion of the Bail Reform Act, the presumptions for detention and applicable case law, and that sealing the Response in its entirety is not warranted here. See LCrR 49.1.1 ("To further openness in criminal case proceedings, there is a presumption under applicable common law and the First Amendment that pleadings filed in this Court will be filed unsealed."); see also Press-Enter. Co. v. Super. Ct. of Cal., 478 U.S. 1, 9 (1986). Accordingly, the Court will order Defendant to file an unsealed, but redacted version of the Response for the public record. The

Exhibits attached to the Response (Doc. Nos. 9-1 through 9-6) may remain under seal in their entirety.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Seal (Doc. No. 8) is **GRANTED IN PART** and **DENIED IN PART**. Within fourteen days of this Order, Defendant shall file an unsealed, redacted version of her sealed Response as set forth herein.

**SO ORDERED**.

Signed: April 23, 2024

Susan C. Rodriguez
United States Magistrate Judge